UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:08CV62-J

GREGORY ARNETT                                                                                       PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                            DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Plaintiff Michael Arnett seeks Disability Insurance Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge W. David King who recommends that the final decision of the Commissioner be affirmed and the plaintiff's Complaint dismissed. Plaintiff has timely filed objections to the Magistrate's Report, arguing that the ALJ failed to give proper consideration to the disabling opinions of Drs. Turnbo and Arendall. The Magistrate Judge thoroughly addressed these issues in his report, and the Court concurs with his analysis.

In summary, this Court has conducted a de novo review of the entire record and finds that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. The Court adopts the Magistrate Judge's Report and Recommendation in lieu of writing a separate opinion.

Accordingly, IT IS ORDERED:

1) The Magistrate Judge's Report and Recommendation is ADOPTED, and his findings and conclusions are incorporated by reference herein;

2) The final Decision fo the Commissioner denying benefits is AFFIRMED; and

3) Plaintiff's Complaint is DISMISSED, with prejudice.

This is a final and appealable Memorandum Opinion and Order, and there is no just cause for delay.